1  Edward D. Boyack
   Nevada Bar No. 005229
2  Colli C. McKiever
   Nevada Bar No. 13724
3  **BOYACK ORME & ANTHONY**
   7432 West Sahara Avenue
4  Las Vegas, Nevada 89117
   ted@boyacklaw.com
5  colli@boyacklaw.com
   702.562.3415
6  702.562.3570 (fax)
   *Attorney for Defendant,*
7  *Elkhorn Community Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC, ALTERNATIVE LOAN TRUST 2007-13, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-13,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER ONE HOLDINGS INC. ELKHORN COMMUNITY ASSOCIATION, DOE INDIVIDUALS I-X, inclusive, ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-00152-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Defendant, ELKHORN COMMUNITY ASSOCIATION, ("Elkhorn" and "HOA") and Plaintiff, THE BANK OF NEW YORK MELLON, by and through their undersigned counsel, submit this Stipulation to extend the time in which Elkhorn has to file an Answer, Motion, or otherwise respond to the Plaintiff's Complaint.

/ /

/ /

/ /

/ /

Pursuant to the Stipulation of the parties, Elkhorn shall have up to and including March 12th, 2018, in which to file its Answer, Motion, or response to the Complaint. This additional time is required to provide the Defendant adequate time to prepare an Answer or other responsive pleading. This Stipulation is made in good faith and not for the purpose to delay.

DATED this 22nd day of February, 2018.

By: /s/ Colli C. McKiever
EDWARD D. BOYACK
Nevada Bar No. 005229
COLLI C. McKIEVER
Nevada Bar No. 13724
7432 West Sahara Ave.
Las Vegas, Nevada 89117
*Attorney for Defendant,*
*Elkhorn Community Association*

DATED this 22nd day of February, 2018.

By: /s/ Natalie L. Winslow
NATALIE L. WINSLOW
Nevada Bar No. 12125
Akerman LLP
1635 Village Center Circle, Ste. 200
Las Vegas, NV 89134

IT IS SO ORDERED.
DATED this 27 day of February, 2018.

UNITED STATES MAGISTRATE JUDGE